# United States Court of Appeals
## For the First Circuit

_____

No. 21-1444

JASON NICKERSON,

Plaintiff - Appellant,

v.

RHODE ISLAND DEPARTMENT OF CORRECTIONS, Adult Correctional Institute; DANIEL MCKEE; NICOLE ALEXANDER-SCOTT, MD, Director of Department of Health; WAYNE T. SALISBURY, JR., Interim Director; STATE OF RHODE ISLAND; DEPARTMENT OF HUMAN SERVICES; MICHAEL MOORE, Deputy Warden; CORY K. CLOUD; JEFFREY ACETO, in his individual capacity; LYNNE CORRY, Acting Warden; BILLIE-JO GALLAGHER; CAPTAIN WALTER DUFFY; NURSE DOROTHY KRAKUE; DR. CHRISTOPHER SALAS; FRED SPECHT; NURSE DAVID PICCIRILLO, Maximum, R.I.D.O.C.; JENNIFER CLARKE, Medical Doctor; NANCY RUOTOLO HULL, Nurse; RHODE ISLAND DEPARTMENT OF HEALTH,

Defendants - Appellees,

PROVIDENCE PLANTATION; RHODE ISLAND BROTHERHOOD OF CORRECTIONAL OFFICERS; KEEFE COMMISSARY NETWORK; CITY OF PROVIDENCE; CITY OF CRANSTON; UNIVERSAL NUTRITION; MATTHEW KETTLE; LIEUTENANT JUSTIN AMARAL; C.O. JENITA POWELL; C.O. THOMAS; C.O. SCOTT SUGGS; C.O. JONATHAN S. MONTECALVO; LIEUTENANT WILLIAM GALLIGAN; LIEUTENANT MICHAEL TIERNEY; LIEUTENANT MICHAEL D. BOFFI; MARTHA PAONE, Chaplain; R.I.D.O.C. MEDICAL DEPARTMENT; C.O. STEVE C. CALISE; DIETICIAN, R.I.D.O.C.; C.O. BASTIN; C.O. MICHAEL R. HETU; C.O. VANCE A. TYREE; LIEUTENANT BRUCE ODEN; MAXIMUM SECURITY; MAXIMUM SECURITY MEDICAL DEPARTMENT; C.O. ALFRED ZANNINI; C.O. MICHAEL LAMONTAGNE; KENT COUNTY; C.O. ADAM KLAUS; LIEUTENANT ROBERT C. SAYLES; MICHELE AUGUR, Deputy Warden; JAMES WEEDEN, Warden; C.O. ANTONELLI; C.O. MASON; R.I.D.O.C. LEGAL TEAM; R.I.D.O.C. ADMINISTRATOR OF PHYSICAL RESOURCES; C.O. KENNETH L. STOCKLER; COUNSELOR TERESA M. BERUBE; C.O. OLIVER; C.O. RENSHAW; RICHARD FERRUCCIO, President of the Rhode Island Brotherhood of Correctional Officers Union; SECRETARY OF THE RHODE ISLAND BROTHERHOOD OF CORRECTIONAL OFFICERS UNION; C.O. ANDRE J. GREGOIRE; PROVIDENCE COUNTY; DEBBIE MATTHIEU,

Defendants.

_____

Before

Barron, <u>Chief Judge</u>,
Lynch, Thompson, Kayatta,
Gelpí and Montecalvo,[*] <u>Circuit Judges</u>.

---

**ORDER OF COURT**

Entered: May 2, 2023

The petition for rehearing is denied.

As it appears that there may be no quorum of circuit judges in regular active service who are not recused who may vote on appellant's request for rehearing en banc, the request for rehearing en banc is also denied. <u>See</u> 28 U.S.C. § 46(d); 1st Cir. R. 35.0(a)(1). In any event, a majority of judges in regular active service do not favor en banc review.

By the Court:

Maria R. Hamilton, Clerk

cc:
Jason Lamonte Nickerson
Katherine Connolly Sadeck
Sean Lyness
Shannon L. Haibon
Jeffrey G. Latham
Christine A. Stowell
Joseph W. Shepard
Kendall Johnson
Quandell Husband
John Pacheco Jr.
Cody-Allen Zab

---

[*] Judge Montecalvo is recused and did not participate in the determination of this matter.